**Ronald L. Hoffbauer (State Bar No. 6888)**
**WROBLEWSKI & ASSOCIATES**
2020 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004
Tel:    602.266.4570
Fax:    602.230.2027
Ronaldh@arizonalawcenter.com
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PAMELA SMITH

                              Debtor(s).

In Proceedings Under Chapter 13

Case No.:  2:11-bk-12650-CGC

**MOTION FOR SUBSTITUTION OF**
**   COUNSEL**

Amanda Nelson is no longer an attorney with the firm of Wroblewski & Associates.

Debtor(s) remain clients of Wroblewski & Associates, P.C.  Debtor(s) case has been reassigned

to Attorney, Ronald L. Hoffbauer (06888).

Undersigned counsel is aware of the current status of the case and will continue to

represent the clients. Amanda Nelson shall be removed as attorneys of record and removed from

any future electronic notice. ECF Electronic Notifications are ronaldh@arizonalawcenter.com.

Dated:  August 10, 2012.

WROBLEWSKI & ASSOCIATES, P.C.

BY:    /s/ RLH (06888)_____
              Ronald L. Hoffbauer
              2020 N. Central Rd. Suite 1100
              Phoenix, Arizona 85004
              *Attorney for Debtor(s)*